UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELVIS JIMENEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*
    **Plaintiff,**

v.

SILVANA RESTAURANT CORP.
    d/b/a LOMBARDO'S,
LOMBARDO PIZZA INC.
    d/b/a LOMBARDO'S,
MARIO LOMBARDO, and PETER LOMBARDO,

    **Defendants.**

---

Case No. 21-cv-01983

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SILVANA RESTAURANT CORP. d/b/a LOMBARDO'S, LOMBARDO PIZZA INC. d/b/a LOMBARDO'S, MARIO LOMBARDO and PETER LOMBARDO ("Defendants") having offered to allow Plaintiff ELVIS JIMENEZ ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 12, 2021 and filed as Exhibit A to Docket Number 21;

**WHEREAS**, on July 14, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 21);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ELVIS JIMENEZ, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 12, 2021 and filed as Exhibit A to Docket Number 21. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: __August 12__, 2021
       New York, New York

_____
U.S.D.J.